IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROLINDA KAY MARTINDALE | CASE:  23-10445EEB |

DEBTOR

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. As Debtor is self-employed and/or operates a business, the Trustee requests that the Debtor provide documentation to support the net income set forth on Schedule I and the gross income set forth on Form 122C-1.  This information can include but is not limited to: monthly cash flow reports, profit and loss statements, accounting ledgers, and business tax returns for the last three years.  The Trustee requests all business and personal bank statements for the six months prior to filing the petition to present.  The Trustee requests that business expenses be itemized to specifically indicate how the information provided supports the disclosures on Schedule I and Form 122C-1/C-2.  The Trustee requests that the Debtor complete a Business Questionnaire.  Trustee reserves the right to request that said information be updated.   11 U.S.C. §§ 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B), and Bankruptcy Rule 1007.

2. The Chapter 13 Plan does not provide for the secured arrearage claim of Wells Fargo Home Mortgage (Claim #4).  11 U.S.C. § 1325(a)(5).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

March 8, 2023

                                            Respectfully submitted,

s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
agoodman@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on March 8, 2023 addressed as follows:

ROLINDA KAY MARTINDALE
1539 COLLYER STREET
LONGMONT, CO 80501


WATTON LAW GROUP
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member