**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:   ROLINDA KAY MARTINDALE                    Case #:   23-10445-EEB
            First Name    Middle Name    Last Name

Debtor 2:                                              Chapter:   13
            First Name    Middle Name    Last Name

## Local Bankruptcy Form 1009-1.1

## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Part 1   Notice**

You are hereby notified that the Debtors have filed amended documents: **Schedule J.**

**Part 2   Amendments**

2.1. **Petition**：  Not applicable

2.2. **List(s):** Not applicable

**2.3. Schedule(s)**

| Amended/New information |
| --- |
| Schedule J: Amended monthly expenses |

2.4. **Statement(s):** Not applicable

2.5. **Addition of Creditor(s):** Not applicable

**Part 3   Signature of Debtor's Attorney**

Dated: April 26, 2023                          By: /s/ Michael J. Watton, Esq. #46893
                                                   Signature of Attorney

                                               Watton Law Group
                                               301 W. Wisconsin Ave., 5th Floor
                                               Milwaukee, WI 53203
                                               Phone: 720-590-4600
                                               Fax: 303-295-0242
                                               E-mail: wlgdnvr@wattongroup.com

L.B.F. 1009-1.1 (12/18)

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | ROLINDA KAY MARTINDALE | | Case #: | 23-10445-EEB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Debtor 2: | | | Chapter: | 13 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

| Part 1 | **L.B.R. 9013-1 Certificate of Service** |
|---|---|

I certify that on April 26, 2023 I served a complete copy of the above Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**The following creditors received electronic notice via CM/ECF:**

Adam M Goodman: mail@ch13colorado.com

US Trustee: USTPRegion19.DV.ECF@usdoj.gov

| Part 2 | **Signature** |
|---|---|

Dated: April 26, 2023

By: /s/ Michael J. Watton, Esq. #46893
    Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com