(COB #100 voConfPlan)(12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Elizabeth E. Brown

In re:

Rolinda Kay Martindale

Debtor(s)

Case No.:   23–10445–EEB
Chapter:    13

SSN/TID Nos.   xxx–xx–4674
45–2256757

## ORDER CONFIRMING *AMENDED* CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

1. That the plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;
2. That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the plan, to be paid before confirmation has been paid;
3. That the action of the debtor(s) in filing the petition was in good faith;
4. That the plan has been proposed in good faith and not by any means forbidden by law;
5. That the value, as of the effective date of the plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;
6. That the Plan complies with the provisions of 11 U.S.C. § 1325(a)(5) as to holders of secured claims; and
7. That pending motions for valuation of real property collateral and determination of secured status under U.S.C. § 506, if any, have been provided for by separate court order.

**IT IS ORDERED:**

*The Debtor(s)' AMENDED Plan filed on 4/26/2023 at (docket no. 20 ) is confirmed;*

The Debtor(s) must make payments in accordance with the terms of the plan.

Creditors holding liens on property which the plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. § 362 and may enforce their rights in and to said property.

The assumption of executory contracts on the terms stated in the plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease must file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

The Presumptively Reasonable Fee pursuant to L.B.R. 2016–3(a) is APPROVED and payable to the extent provided for in the plan.

Any hearing on confirmation is VACATED.

This order binds those creditors and parties in interest that have been served in accordance with applicable rules.

Dated: 5/24/23

BY THE COURT:

s/ Elizabeth E. Brown
United States Bankruptcy Judge